IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA REID,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY<br>INSURANCE COMPANY,<br><br>      Defendant. | CIVIL ACTION NO. 1:13-cv-01275-AT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Angela Reid and Defendant American Security Insurance Company, by their undersigned counsel and pursuant to Fed. R. Civ. P. Rule 41(a), hereby stipulate that the above-styled action (including all of the claims and causes of action alleged in Plaintiff's Complaint) shall be dismissed *with* prejudice. Plaintiff and Defendant shall bear (and be responsible for) their own respective attorneys' fees and costs.

Respectfully submitted by:

| | |
|---|---|
| /s/John L. Mays | /s/ Eric K. Smith |
| John L. Mays | Eric K. Smith |
| Georgia Bar No. 986574 | Georgia Bar No. 656910 |
| Email: john@maysandkerr.com | Email: esmith@littler.com |
| Jeff Kerr | Adam C. Keating |
| Georgia Bar No. 634260 | Georgia Bar No. 413233 |

| | |
|---|---|
| Email: jeff@maysandkerr.com<br>Mays & Kerr LLC<br>235 Peachtree Street NE<br>North Tower \| Suite 202<br>Atlanta, GA 30303<br>Telephone: (404) 410-7998<br>Facsimile: (404) 855-4066<br><br>Counsel for Plaintiff | Email:  akeating@littler.com<br>Littler Mendelson, P.C.<br>3344 Peachtree Road N.E.,<br>Suite 1500<br>Atlanta, GA  30326<br>Telephone: (404) 233-0330<br>Facsimile: (404) 233-2361<br><br>Counsel for Defendant |